IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

United States of America    )
                            )        Cr. No. 7:08-662-HMH
        vs.                 )
                            )        **OPINION & ORDER**
Terron Jamar Watson,        )
                            )
              Movant.       )

This matter is before the court on Terron Jamar Watson's ("Watson") pro se motion for

"transcript(s) of proceedings and transmission of the record" at the Government's expense. This

court construes pro se motions liberally, and such pro se motions are held to a less stringent

standard than those drafted by attorneys. See Gordon v. Leeke, 574 F.2d 1147, 1151 (4th Cir.

1978). However, even if the court applies this less stringent standard, Watson's request for

transcripts at the Government's expense cannot be granted. A prisoner who requests free copies

of records in his or her criminal case, whether it is a state case or a federal case, must show a

particularized need for such records. Jones v. Superintendent, Virginia State Farm, 460 F.2d

150, 152-53 (4th Cir. 1972), reh'g granted, 465 F.2d 1091, 1094 (4th Cir. 1972) (adhering to

prior opinion and denying rehearing en banc); Morin v. United States, 522 F.2d 8, 9 (4th Cir.

1975) (applying Jones to federal prisoner).

Watson has not shown a particularized need for the transcripts. In fact, the reason

Watson requests copies of the transcripts and record is to "allow the Bureau of Prisons the

authority to recalculate defendant[']s sentences above as being concurrent." (Mot. Transcripts

3.) Notably, the court issued an amended judgment on July 9, 2009, clarifying that Watson's

1

sentences are to be served concurrently.  Accordingly, Watson's motion for a copy of transcripts at the Government's expense is denied.

It is therefore

**ORDERED** that Watson's motion for transcripts at the Government's expense, docket number 51, is denied.

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
August 11, 2009

**NOTICE OF RIGHT TO APPEAL**

Movant is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.